AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Illinois, Eastern Division

| | |
|---|---|
| Susan Srail, et al. | **BILL OF COSTS** |
| V. | |
| Village of Lisle | Case Number: **07-C-2617** |

Judgment having been entered in the above entitled action on **August 7, 2008** against **Plaintiffs** ,
the Clerk is requested to tax the following as costs:                                Date

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 514.02 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 15,716.27 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 160.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | | 9,941.66 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 26,331.95 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Shawn Collins & Michael Hayes .

Signature of Attorney: _____

Name of Attorney: Brandon K. Lemley

For: Defendant, Village of Lisle                                                Date: September 8, 2008
                    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                    By: _____

_____            _____            _____
Clerk of Court                         Deputy Clerk                                        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN SRAIL, JEFFREY SRAIL, JANEEN BRZECZEK, and RONALD BRZECZEK, individually, on behalf of all persons similarly situated,<br>        Plaintiffs,<br>    vs.<br><br>VILLAGE OF LISLE,<br>        Defendant. | Cause No. 07-C-2617<br><br>Judge Kennelly |

## ITEMIZATION OF BILL OF COSTS

**I.    Transcription Costs For Depositions And Court Proceedings**

**A.    Depositions Conducted By Village of Lisle (Original Transcripts)**

See invoices attached as Group Exhibit 1.

| Deponent | Date | Number of Pages | Charge per Page | Total |
|---|---|---|---|---|
| Susan Srail (Original Copy, Expedited Transcript) | August 2, 2007 | 129 | $4.40[1] | $567.60 |
| | | | Court reporter attendance fee | $192.50 |

---

[1] The Judicial Conference has established recoverable rates for deposition transcripts. On October 29, 2007, that rate changed. *See Bloch v. Frishholz,* 2008 U.S. Dist. LEXIS 51429, *9-10 (N.D. Ill. June 26, 2008). Prior to October 29, 2007, the allowable rate was $3.30 per page for an original transcript, $4.40 per page for an original expedited transcript, and $0.83 per page for a copy of a transcript. *See* General Order, United States District Court, Northern District of Illinois, February 28, 2003. On and after October 29, 2007, the allowable rate is $3.65 per page for an original transcript, $4.25 per page for a fourteen day transcript, $4.85 for an expedited (7-day) transcript, and $0.90 per page for first copy of a transcript. *See* www.ilnd.uscourts.gov/CLERKS_OFFICE/CrtReporter/trnscrpt.htm.

| | | | | |
|---|---|---|---|---|
| Susan Srail (continued deposition) (Original Copy, Expedited Transcript) | September 26, 2007 | 317 | $4.40 | 1,394.80 |
| | | | Court reporter attendance fee | $385.00 |
| Jeffrey Srail (Original Copy & Expedited Transcript) | October 8, 2007 | 153 | $4.40 | $673.20 |
| | | | Court reporter attendance fee | $151.12[2] |
| Ronald Brzeczek (Original Copy & Expedited Transcript) | October 8, 2007 | 130 | $4.40 | $572.00 |
| | | | Court reporter attendance fee | $151.13 (see fn2) |
| Janeen Brzeczek (Original Copy & Expedited Transcript) | October 1, 2007 | 226 | $4.40 | $994.40 |
| | | | Court reporter attendance fee | $302.50 |
| George Attaway (Original Copy & Expedited Transcript) | August 8, 2007 | 130 | $4.40 | $572.00 |
| | | | Court reporter attendance fee | $165.00 |

---

[2] The court reporter's invoice for the depositions of Jeffrey Srail and Ronald Brzeczek (taken back-to-back on the same day) does not distinguish between the appearance fees for the two witnesses respectively. Instead, it lists a total appearance amount for both depositions as $302.25. Defendant has divided that amount in half for purposes of itemizing costs for Jeffrey Srail and Ronald Brzeczek, respectively.

| Peter Lueck (Original Copy) | December 27, 2007 | 116 | $3.65 | $423.40 |
|---|---|---|---|---|
| | | | Court reporter attendance fee | $165.00 |
| Fire Chief Thomas Freeman (Original Copy, Expedited Transcript) | July 31, 2007 | 412 | $4.40 | $607.20 |
| | | | Court reporter attendance fee | $192.50 |
| Deputy Fire Chief Terrence Vavra (Original Copy & Expedited Transcript) | August 1, 2007 | 138 | $4.40 | $604.20 |
| | | | Court reporter attendance fee | $220.00 |
| | | **SUBTOTAL:** | | $8,333.55 |

## B.     Depositions Conducted By Plaintiffs

This Court has held that "where the losing party arranges a deposition and therefore selects the rates charged by the court reporter, it is reasonable to award the prevailing party the full costs charged by the reporter for the deposition transcript." *Gyrion v. City of Chicago*, 454 F. Supp. 2d 725, 726 (N.D. Ill. 2006) (awarding full, actual costs paid to court reporter selected by losing party along with costs paid to court reporter for exhibits). Accordingly, Defendant itemizes the transcript costs and deposition exhibit charges, but excludes costs for shipping. *See* invoices attached as Group Exhibit 2.

3

| Deponent | Date | Number of Pages | Transcript Cost Charged | Deposition Exhibit Charge | Total |
|---|---|---|---|---|---|
| Gerald Sprecher | August 7, 2007 | 133 | $367.00 | $45.75 | $412.75 |
| Mayor Joseph Broda | November 1, 2007 | 230 | $539.00 | $6.25 | $545.25 |
| Mary Lou Kalsted | October 18, 2007 | 229 | $532.40 | $42.00 | $574.40 |
| Kimberly Schiller | October 31, 2007 | 122 | $292.60 | $114.00 | $406.60 |
| Ray Leslie Peterson | October 26, 2007 | 187 | $444.40 | $125.00 | $569.40 |
| Karla Teasley | July 27, 2007 | 168 | $516.00 | | $516.00 |
| Robert Khan | December 12, 2007 | 109 | $268.40 | | $268.40 |
| Daniel Kelleher | November 29, 2007 | 229 | $587.50 | | $587.50 |
| Timothy Callahan | November 28, 2007 | 35 | $101.20 | | $101.25 |
| Jeffrey Harper | February 19, 2008 | 171 | $462.50 | $22.25 | $484.70 |
| David Lincoln Ader | January 16, 2008 | 127 | $310.20 | | $310.20 |
| | | | SUBTOTAL: | | $4,776.45 |

### C.  Depositions Conducted Parties Other Than Plaintiff Or Lisle (Copy Transcripts)

For those depositions taken by a party other than Plaintiff or Village of Lisle, Lisle itemizes its costs based on the standards for a copy of a transcript set by the Federal Judicial Center (see footnote 1 above). Invoices are attached as Group Exhibit 3.

4

| Deponent | Date | Number of Pages | Charge per Page | Total |
|---|---|---|---|---|
| Gerald Sprecher (second deposition) | October 23, 2007 | 254 | $0.83 | $210.82 |
| Video-Recording of Gerald Sprecher's Second Deposition | October 23, 2007 | | | $420.00 |
| Gerald Clark | December 7, 2007 | 70 | $0.90 | $63.00 |
| Mark Gasser | February 6, 2008 | 328 | $0.90 | $295.20 |
| Thomas Freeman (continued deposition) | October 30, 2007 | 295 | $0.90 | $265.50 |
| Terrence Vavra (second deposition) | October 29, 2007 | 309 | $0.90 | $278.10 |
| Zachary Lawrence | October 30, 2007 | 78 | $0.90 | $70.20 |
| | | SUBTOTAL: | | $1,182.82 |

(Continued)

5

**C.    Court Reporter Fees Paid For Transcripts Of Court Proceedings**

Invoices attached as Group Exhibit 4.

| Date of Court Hearing | Original / Copy | Pages | Charge per Page | Total |
|---|---|---|---|---|
| July 11, 2007 & July 12, 2007 | Original | 81 | $6.60 (hourly) | $534.60 |
| July 11, 2007 & July 12, 2007 | 1st Copy | 81 | $1.10 (hourly) | $89.10 |
| November 16, 2007 | Original | 45 | $4.25 (14-day) | $191.25 |
| June 10, 2008 | Original | 26 | $7.25 (hourly) | $188.50 |
| | | SUBTOTAL: | | $1,003.45 |

**D.    Total Costs For Transcripts of Depositions And Court Proceedings**

| | | |
|---|---|---|
| Depositions Conducted by Lisle | SUBTOTAL: | $8,333.55 |
| Depositions Conducted by Plaintiffs | SUBTOTAL: | $4,776.45 |
| Depositions Conducted by Others | SUBTOTAL: | $1,602.82 |
| Court Reporter Fees for Court Hearings | SUBTOTAL: | $1,003.45 |
| | TOTAL: | $15,716.27 |

(Continued)

## II.    Witness Fees

See Exhibit 5 for redacted bill from July 31, 2007 listing witness fees incurred.

| Date | Witness | Purpose | Total |
|------|---------|---------|-------|
| 7/20/07 | Rule 30(b)(6) Lisle Community School District 202 | Discovery Deposition for Preliminary Injunction | $40.00 |
| 7/20/07 | Fire Chief Thomas Freeman | Discovery Deposition for Preliminary Injunction | $40.00 |
| 7/20/07 | Deputy Chief Terrence Vavra | Discovery Deposition for Preliminary Injunction | $40.00 |
| 7/20/07 | Records Subpoena to Lisle-Woodridge Fire District | Discovery for Preliminary Injunction | $40.00 |
|  | TOTAL: |  | $160.00 |

(Continued)

### III.   Fees For Service Of Subpoenas

See Group Exhibit 6 for invoices from process servers.

| Date | Service On | Purpose | Hours | Fee Per Hour | Mileage | Travel | Total |
|------|-----------|---------|-------|--------------|---------|--------|-------|
| 7/23/07 to 7/27/07 | Thomas Freeman, Terrence Vavra, Duces Tecum on Lisle-Woodridge Fire District, Rule 30(b)(6) Witness on School District 202 | Expedited Discovery Subpoenas | 4.5 | $45 [3] | 70 | $0.485[4] | $236.45 |
| 8/9/07 to 8/10/07 | Terrence Vavra, Rule 30(b)(6) witness for School District 202 | Trial Subpoenas for Preliminary Injunction | 4.5 | $45 | 62 | $0.485 | $232.57 |
| 7/29/08 | Terrence Vavra | Trial Subpoena for Trial | 1 [5] | $45 | | | $45 |
| | | | | **TOTAL** | | | **$514.02** |

(Continued)

---

[3] Service of Process is allowed only for the amount set by 28 C.F.R. § 0.114(a)(3), which is $45.00 per hour.
[4] Mileage is allowed at the amount set by the Administrator of General Services. *See* 28 C.F.R. § 0.114(c); 5 U.S.C. § 5704; 41 C.F.R. § 301–10.303 (July 1, 2007); *also* www.gsa.gov/mileage.
[5] This invoice does not list time or mileage, but charges a lump sum of $65.00. Defendant has rounded that number down to the amount allowed for one hour for service by the U.S. Marshals.

III. **Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

A. **Copying Costs for Discovery**

1. **Copy Costs For Plaintiffs' Production of Documents, DVDs, CDs, Oversized Maps & Color Documents**

During discovery, Plaintiffs made their production available for copying at Defendant's expense. Attached as Group Exhibit 7 are invoices for such copies.

| Date | Quantity | Description | Price Per | Amount |
|------|----------|-------------|-----------|--------|
| 9/22/2007 | 5960 | Regular Black & White Copies | $0.13 | $774.80 |
| | 80 | 11 x 17 black & white ("b&w") copies | $0.30 | $24.00 |
| | 56 | Oversize (1 Square Foot) | $0.60 | $33.60 |
| | 65 | Color Copies (8.5 x 11) | $0.60 | $39.00 |
| | 3 | Videotape Duplication | $15 | $45.00 |
| | 4 | CD-rom Duplication | $20 | $80.00 |
| | 20 | DVD Duplication | $40 | $800.00 |
| | 50 | Color Oversize (per square foot) | $4 | $200.00 |
| | | | | |
| 11/8/07 | 15 | 3' x 2' b&w Maps | n/a[6] | $18.00 |
| | 93 | 11" x 17" Color | n/a | $98.50 |
| | 53 | 8.5 x 11 Color | n/a | $33.50 |
| | | **SUBTOTAL:** | | **$2,146.40** |

---

[6] The November 8, 2007, copy charges do not list the per page charged. In this production, Plaintiffs sent their oversized documents to their copier of choice, which Defendant agreed to pay for.

2.    **Copy Costs For Illinois-American Water Company's Production of Oversized Color Copies of Maps**

During discovery, Illinois-American Water Company produced extremely large, color copies of maps of the Oak View system, by agreement to pay for copy costs. Attached as Exhibit 8, is the invoice for those documents.

| Date | Description | Cost |
|------|-------------|------|
| February 25, 2008 | Oversized Color Copies of System Maps made available for copying by Illinois-American Water Company in response to request to produce from Plaintiffs, at expense of recipient. | $270.00 |
| | **SUBTOTAL:** | **$270.00** |

3.    **Copy Costs Of Documents Produced By Village of Lisle**

During discovery, the Village of Lisle copied and produced to Plaintiffs in excess of 23,384 pages of Lisle documents (labeled VOL INJ 000001 – VOL INJ 002447 & VOL 10001 – VOL 29937).   However, these documents were not limited to standard 8.5 x 11 black and white copies; they also included color copies and oversized maps, both in color and black and white.

Copy costs for standard black and white varied between $0.16 per page and $0.10 per page, accordingly Defendant seeks the difference, and utilizes $0.13 as the standard copy charge per page for 8.5 x 11 black and white copies.  This is the same amount charged by Lisle's counsel's in-house copy service, *see* Declaration of Brandon Lemley, attached as Exhibit 10, and is less than copy charges found reasonable by this Court.  *See Gutzwiller v. City of Chicago*, 03 C 7598, 2007 WL 2298366 at *2 (N.D. Ill. 2007) (finding

10

$0.15 per page reasonable); *Tokar v. City of Chicago,* No. 96 C 5331, 2001 WL 910385 at \*2

(N.D. Ill. Aug. 10, 2001). For oversized documents and color copies, Defendant seek the

amounts actually charged. Finally, Lisle seeks two sets of although for most sets of

documents copied, Defendant made three copies (excluding its initial production), but

the Seventh Circuit has held that only 2 sets are recoverable, *see Kulumani v. Blue Cross*

*Blue Shield, Ass'n,* 224 F.3d 682, 685 (7th Cir. 2000).

Attached as Group Exhibit 9 are invoices for copy charges.

| Date of Invoice | Description | Quantity | Number of Copies | Price Per Unit | Amount |
|---|---|---|---|---|---|
| 7/19/07 | Response to Plaintiffs' 1st Set of Requests to Produce (VL INJ 000001 to VL INJ 001056) | | | | |
| | 8.5 x 11 color | 9 | 2 | $1.00 | $18.00 |
| | 11x17 black & white ("b&w") | 10 | 2 | $0.30 | $6.00 |
| | Standard b&w | 1037 | 2 | $0.13 | $269.62 |
| 7/24/07 | Responses to Plaintiffs' 1st & 2nd Set of Requests to Produce (VL INJ 001057 to VL INJ 001889)[7] | | | | |
| | 11 x 17 b&w | 58 | 2 | $0.30 | $34.80 |
| | Oversize b&w (18 x 24) | 6 | 2 | $1.25 | $15.00 |
| | Standard b&w | 772 | 2 | $0.13 | $200.72 |
| 8/9/07 | Continued Responses to Plaintiffs' 1st & 2nd Set of Requests to Produce (VL INJ 001890 to VL INJ 002447) | | | | |

---

[7] Three sets of these documents were copied, so Defendant has divided the total quantity by 3 to determine actual number of documents.

| | | | | | |
|---|---|---|---|---|---|
| | Oversize b&w (24 x 36 Blue Prints). Billed by square feet (3 square feet each x $1.25 per square foot). | 92 | 2 | $3.75 ($1.25 per square foot x 3 square feet each) | $690.00 |
| | Oversize b&w (30 x 33 blue print). Billed by square foot (6.88 square feet x 1.25 per square foot) | 1 | 2 | $8.60 ($1.25 per square foot x 6.88 square feet) | $17.20 |
| | Standard b&w | 1,024 | 2 | $0.13 | $266.24 |
| 9/7/07 | Response to Plaintiffs' 3rd Request for Production (VOL 10001 to VOL 10246) | | | | |
| | Color Oversize Map (6 Square Feet) | 1 | 2 | $24.00 (6 sq. feet x $4.00 per sq. foot) | $48.00 |
| | 8.5x11 color | 2 | 2 | $0.60 | $2.40 |
| | b&w Oversize Map (6 square feet) | 1 | 2 | $3.60 (6 sq. feet x $0.60 per sq. foot) | $7.20 |
| | Standard b&w | 228 | 2 | $0.13 | $59.28 |
| | 11 x 17 b&w | 14 | 2 | $0.30 | $8.40 |
| 9/24/07 | Response to Plaintiffs' 4th Set of Requests for Production (VOL 10247 to VOL 14266) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Standard b&w | 3,961 | 2 | $0.13 | $1,029.86 |
| | 11 x 17 b&w | 58 | 2 | $0.30 | $34.80 |
| | Oversize b&w map (3 Square Feet) | 1 | 2 | $1.80 ($0.60 per sq. foot x 3 sq. feet) | $3.60 |
| 9/27/08 | Response to Plaintiffs' 4th Set of Production Requests (VOL 14266 to VOL 16360) | | | | |
| | Standard b&w | 2,027 | 2 | $0.13 | $527.02 |
| | 11 x 17 b&w | 24 | 2 | $0.30 | $14.40 |
| | Oversize b&w map (6 square feet) | 1 | 2 | $3.60 ($0.60 per sq. foot x 6 sq. feet) | $7.20 |
| | 8.5 x 11 color | 42 | 2 | $0.60 | $50.40 |
| | 11 x 17 Color | 1 | 2 | $1.20 | $2.40 |
| 9/30/07 | Supplemental Response to Plaintiffs' Requests for Production (VOL 16361 to VOL 16458) (copied in-house, see declaration, Ex. 10) | | | | |
| | Standard b&w | 98 | 2 | $0.13 | $25.48 |
| 10/11/07 | Supplemental Response to Plaintiffs' Requests for Production (VOL 16459 to VOL 19996) | | | | |
| | Standard b&w | 3,470 | 2 | $0.13 | $902.20 |
| | 11 x 17 b&w | 66 | 2 | $0.30 | $39.60 |
| | 8.5 x 11 color | 1 | 2 | $0.60 | $1.20 |
| | 8.5 x 17 color | 1 | 2 | $1.20 | $2.40 |

| | | | | |
|---|---|---|---|---|
| | Oversized color map (6 square feet) | 1 | 2 | $24.00 ($4.00 per sq. foot x 6 sq. feet) | $48.00 |
| | Oversize b&w maps (billed by the square footage) | 123 Sq. Ft. | 2 | $0.60 per sq. foot | $147.60 |
| 10/15/07 | Supplemental Responses to Requests for Production (VOL 19996 to VOL 20031) (copied in-house — see declaration, Ex. 10) | | | | |
| | Standard b&w | 36 | 2 | $0.13 | $9.36 |
| 10/24/07 | Responses to Requests for Production (VOL 20032 to VOL 20318) | | | | |
| | Standard b&w | 275 | 2 | $0.13 | $71.50 |
| | 11 x 17 b&w | 7 | 2 | $0.30 | $4.20 |
| | 8.5 x 11 color | 3 | 2 | $0.60 | $3.60 |
| 11/8/07 | Responses to Requests for Production (VOL 20318 to VOL 21998) | | | | |
| | Standard b&w | 1661 | 2 | $0.13 | $431.86 |
| | 11 x 17 b/w | 13 | 2 | $0.30 | $7.8 |
| | 8.5 x 11 color | 7 | 2 | $0.60 | $8.40 |
| 11/15/07 | Responses to Requests for Production (VOL 21999 to VOL 29937) | | | | |
| | Standard b&w (VOL 21999 to VOL 29937) (copied in-house, see declaration, Ex. 10) | 7939 | 2 | $0.13 | $2,064.14 |
| | | **SUBTOTAL:** | | | $7,079.88 |

14

**B.** **Copying Costs for Pleadings, Motions, and Filings**

| Date | Description | Docket Number | Pages | Price Per Page | Total |
|---|---|---|---|---|---|
| 5/24/2007 | Attorney Appearance by Paul Rettberg | 16 | 2 | $0.13 | $0.26 |
| 5/30/2007 | Attorney Appearance by Brandon Lemley | 17 | 2 | $0.13 | $0.26 |
| 6/28/2007 | Motion by Lisle to Dismiss Am. Compl. (Exhibits A & B) | 32 | 107 | $0.13 | $13.91 |
| 6/28/2007 | Notice of Motion to Dismiss | 33 | 2 | $0.13 | $0.26 |
| 7/9/2007 | Response by Lisle to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery and Hearing on Preliminary Injunction | 48 | 101 | $0.13 | $13.13 |
| 9/17/2007 | Motion by Lisle to Strike Request for Punitive Damages | 74 | 2 | $0.13 | $0.26 |
| 9/17/2007 | Notice of Motion to Striike | 75 | 2 | $0.13 | $0.26 |
| 9/17/2007 | Motion to Join Necessary Party | 76 | 5 | $0.13 | $0.65 |
| 9/17/2007 | Notice of Motion to Join Necessary Party | 77 | 2 | $0.13 | $0.26 |
| 9/17/2007 | Answer and Affirmative Defenses | 78 | 22 | $0.13 | $2.86 |
| 9/17/2007 | Third Party Complaint | 79 | 7 | $0.13 | $0.91 |
| 9/17/2007 | Counterclaim For Interpleader | 80 | 6 | $0.13 | $0.78 |
| 9/17/2007 | Notice of Filing of Answer, Counterclaim, and Third Party Complaint | 81 | 2 | $0.13 | $0.26 |
| 9/18/2007 | Exhibits to Third Party Complaint | 82 | 42 | $0.13 | $5.46 |

15

| 9/24/2007 | Reply by Lisle to Motion to Strike | 90 | 11 | $0.13 | $1.43 |
| 11/28/2007 | Privilege Log by Lisle and notice of filing | 127 | 19 | $0.13 | $2.47 |
| 11/29/2007 | Response by Lisle to Motion to Dismiss Third Party Complaint. | 128 | 17 | $0.13 | $2.21 |
| 12/3/2007 | Second Amended Privilege Log by Lisle and notice of filing | 131 | 28 | $0.13 | $3.64 |
| 12/4/2007 | Exhibits to Response to Motion to Dismiss Third Party Complaint | 132 | 31 | $0.13 | $4.03 |
| 12/31/2007 | Motion by Lisle to Clarify Court's Order of December 12, 2007 | 150 | 37 | $0.13 | $4.81 |
| 12/31/2007 | Notice of Motion to Clarify | 151 | 2 | $0.13 | $0.26 |
| 1/7/2008 | Lisle's response to requests to admit | 152 | 17 | $0.13 | $2.21 |
| 1/7/2008 | Notice of filing of responses to requests to admit. | 153 | 2 | $0.13 | $0.26 |
| 2/15/2008 | Motion for Reconsideration of Class Certification | 184 | 14 | $0.13 | $1.82 |
| 2/15/2008 | Notice of Motion to Reconsider | 185 | 3 | $0.13 | $0.39 |
| 2/20/2008 | Motion to Bar Expert Testimony of Mark T. Gasser | 192 | 13 | $0.13 | $1.69 |
| 2/20/2008 | Exhibits For Motion to Bar | 194 | 11 | $0.13 | $1.43 |
| 2/20/2008 | Exhibits For Motion to Bar | 195 | 28 | $0.13 | $3.64 |
| 2/20/2008 | Exhibits For Motion to Bar | 196 | 41 | $0.13 | $5.33 |
| 2/20/2008 | Exhibits For Motion to Bar | 197 | 43 | $0.13 | $5.59 |
| 2/20/2008 | Notice of Motion to Bar | 198 | 2 | $0.13 | $0.26 |

16

| 3/7/2008 | Response to Motion for Summary Judgment | 219 | 14 | $0.13 | $1.82 |
|---|---|---|---|---|---|
| 3/7/2008 | Notice of filing of response to motion for summary judgment. | 220 | 2 | $0.13 | $0.26 |
| 3/7/2008 | Response to LR 56.1 statement of facts for summary judgment | 221 | 24 | $0.13 | $3.12 |
| 3/7/2008 | Notice of filing of response to LR 56.1 statement of facts. | 222 | 2 | $0.13 | $0.26 |
| 3/7/2008 | LR 56.1 statement of additional facts and exhibits in support thereof. | 223 | 824 | $0.13 | $107.12 |
| 3/7/2008 | Notice of filing of LR 56.1 statement of additional facts. | 224 | 2 | $0.13 | $0.26 |
| 3/11/2008 | Response to motion to dismiss Counter Claim for interpleader and exhibits thereto. | 225 | 89 | $0.13 | $11.57 |
| 3/13/2008 | Lisle's reply on motion to reconsider class certification and exhibits thereto. | 227 | 72 | $0.13 | $9.36 |
| 3/13/2008 | Notice of filing of reply on motion to reconsider class certification | 228 | 2 | $0.13 | $0.26 |
| 4/15/2008 | Attorney Appearance for Jennifer J. Sackett-Pohlenz | 239 | 2 | $0.13 | $0.26 |
| 5/13/2008 | Response to Plaintiff's Supplemental Brief Concerning Admissibility of Freeman and Gasser's testimony. | 245 | 51 | $0.13 | $6.63 |

| 5/20/2008 | Objections by Lisle to Plaintiff's Motion for Leave to File Response Memorandum Concerning Supplemental Filings on Gasser and Freeman | 248 | 6 | $0.13 | $0.78 |
|---|---|---|---|---|---|
| 6/17/2008 | Answer to 4th Amended Complaint and Affirmative Defenses | 260 | 27 | $0.13 | $3.51 |
| 6/17/2008 | Notice of Filing of Answer | 261 | 2 | $0.13 | $0.26 |
| 7/11/2008 | Response by Lisle to Plaintiffs' Motion to Strike Affirmative Defenses | 266 | 69 | $0.13 | $8.97 |
| 7/15/2008 | Motion for Summary Judgment | 268 | 2 | $0.13 | $0.26 |
| 7/15/2008 | Memorandum of Law in Support of Motion for Summary Judgment | 269 | 32 | $0.13 | $4.16 |
| 7/15/2008 | L.R. 56.1 Statement of Facts, Exhibit Cover Page and Exhibit A | 270 | 30 | $0.13 | $3.90 |
| 7/15/2008 | Exhibit B (in 11 parts) to L.R. 56.1 Statement of Facts | 271 | 285 | $0.13 | $37.05 |
| 7/15/2008 | Exhibits C-K to L.R. 56.1 Statement of Facts | 272 | 320 | $0.13 | $41.60 |
| 7/15/2008 | Exhibits L-V to L.R. 56.1 Statement of Facts | 273 | 404 | $0.13 | $52.52 |
| 7/15/2008 | Exhibits W-X to L.R. 56.1 Statement of Facts | 274 | 9 | $0.13 | $1.17 |
| 7/17/2008 | Amended Affirmative Defenses 12 & 23 with Exhibits | 279 | 32 | $0.13 | $4.16 |
| 7/30/2008 | Lisle's Motions in Limine with Exhibits A-O-3B and Notice of Filing | 287 | 368 | $0.13 | $47.84 |

18

| 8/5/2008 | Reply on Motion for Summary Judgment | 288 | 16 | $0.13 | $2.08 |
| 8/5/2008 | Reply to Plaintiffs' L.R. 56.1 Statement of Additional Facts with Exhibits Y - AB | 289 | 106 | $0.13 | $13.78 |
| 8/6/2008 | Response by Lisle to Plaintiffs' Motions in Limine | 291 | 11 | $0.13 | $1.43 |
| | | SUBTOTAL: | | | $445.38 |

### C. Total Costs For Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case

| Copy Costs For Materials Made Available For Duplication By Plaintiffs | SUBTOTAL: | $2,146.40 |
|---|---|---|
| Copy Costs For Oversized Color Documents Made Available For Duplication By Illinois-American Water Company | SUBTOTAL: | $270.00 |
| Copy Costs For Documents Copied and Produced by Village of Lisle In Response To Requests for Production | SUBTOTAL: | $7,079.88 |
| Copy Costs for Pleadings, Motions, and Filings | SUBTOTAL: | $445.38 |
| | **TOTAL:** | **$9,941.66** |

## IV    TOTAL TAXABLE COSTS

| Transcript Costs For Depositions And Court Proceedings | $15,716.27 |
|---|---|
| Witness Fees | $160.00 |
| Costs for service of subpoenas | $514.02 |
| Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case | $9,941.66 |
| **TOTAL TAXABLE COSTS:** | **$26,331.95** |

19

Respectfully submitted,

/s/ Brandon K. Lemley
One of the Attorneys for Village of Lisle

**ATTORNEYS FOR VILLAGE OF LISLE:**

**QUERREY & HARROW, LTD.**
Paul A. Rettberg
(prettberg@querrey.com)
Brandon K. Lemley
(blemley@querrey.com)
175 W. Jackson, Ste. 1600
Chicago IL 60604
312-540-7000

**ANCEL, GLINK, DIAMOND, BUSCH, DICIANNI & KRAFTHEFER, P.C.**
David Lincoln Ader
(dader@ancelglink.com)
140 S. Dearborn, Sixth Floor
Chicago, IL 60603
312-782-7606

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on September 8, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to all parties of record.

/s/ Brandon K. Lemley
One of the Attorneys for Village of Lisle

Document #: 1356098

20